| | |
|---|---|
| 1 | Jacob N. Whitehead (SBN 266123) |
| | jacob@jnwpc.com |
| 2 | Meghan N. Higday (SBN 334626) |
| | mhigday@jnwpc.com |
| 3 | **WHITEHEAD EMPLOYMENT LAW** |
| | 7700 Irvine Center Drive, Suite 930 |
| 4 | Irvine, California 92618 |
| | Telephone:  (949) 674-4922 |
| 5 | |
| 6 | *Attorneys for Plaintiffs and Putative Class* |
| 7 | Thomas J. Moran (SBN 278940) |
| | FEDERAL EXPRESS CORPORATION |
| 8 | 2601 Main Street, Suite 340 |
| | Irvine, California 92614 |
| 9 | Telephone: 949.862.4585 |
| | Facsimile: 901.492.5641 |
| 10 | erica.gruver@fedex.com |
| | thomas.moran@fedex.com |
| 11 | *Attorneys for Defendant* |
| | FEDERAL EXPRESS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DEAN BLOOM, *et al.*, individually, and on behalf of all others similarly situated, | Case No. 4:21-cv-04855-JST |
| | **Hon. John S. Tigar** |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AND DISMISSING CASE** |
| v. | |
| FEDERAL EXPRESS CORPORATION, a Delaware corporation; and DOES 1-25, inclusive, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by Plaintiffs Kyle Dean Bloom, Timothy Bernardin, Manuel Hernandez, Bryant Harris, Christina Walker, Eddie Jackson, Kenneth Geiss, Tristan Jones, Albert Garcia, Dechelle Webb, and Ryan Alexander Ojeil ("Plaintiffs") and Defendant Federal Express Corporation ("Defendant"), collectively (the "Parties"), by and through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice with respect to all of

Plaintiffs' individual claims brought on their own behalf against Defendant, including their California Labor Code Private Attorneys General Act ("PAGA") claim, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is intended to be effective even "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

**IT IS FURTHER STIPULATED** that the claims brought against Defendant by Plaintiffs on behalf of putative, uncertified class action members be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Under Rule 23 of the Federal Rules of Civil Procedure, Court approval of the dismissal of the putative class allegations is not required because it is not a voluntary dismissal of "the claims, issues, or defenses of a certified class." Fed. R. Civ. P. 23(e); see also Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1) ("The new rule requires [court] approval only if the claims, issues, or defenses of a certified class are resolved by . . . voluntary dismissal. . . ." This case has not been certified. The dismissal of putative class claims is without prejudice and does not resolve any class claims, issues, or defenses.

**IT IS FURTHER STIPULATED** that the claims brought against Defendant by Plaintiffs in a representative capacity on behalf of others pursuant to PAGA be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Pursuant to the terms of the Settlement Agreement entered into between the parties, each party is to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated:   June 16, 2022            WHITEHEAD EMPLOYMENT LAW

By: _____
Meghan N. Higday, Esq.
Jacob N. Whitehead, Esq.
Attorneys for Plaintiffs

Dated:  June 16, 2022                FEDERAL EXPRESS CORPORATION

By:   ___/s/ Thomas J. Moran_____
Thomas J. Moran, Esq.
Attorney for Defendant
FEDERAL EXPRESS CORPORATION

### ~~(PROPOSED)~~ ORDER

Based on the Stipulation for Dismissal entered into by Plaintiffs and Defendant, IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby DISMISSED with prejudice with respect to all of the individual claims brought by Plaintiffs on their own behalf, including their California Labor Code Private Attorneys General Act ("PAGA") claim; and

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims brought by Plaintiffs in a representative capacity on behalf of others pursuant to PAGA in the above-captioned action are hereby DISMISSED without prejudice and without notice to any individual;

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted by Plaintiffs in the above-captioned action on behalf of putative, uncertified class action members are hereby DISMISSED without prejudice and without notice to any putative class members; and

4. Pursuant to the terms of the settlement agreement entered into between the parties, each party is to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  June 24, 2022

_____
UNITED STATES DISTRICT JUDGE
HONORABLE JON S. TIGAR